United States Bankruptcy Court
Northern District of Oklahoma

In re:
David Lee Potts
Gloria Denise Potts
Debtors

Case No. 22-11185-T
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1085-4 | User: admin | Page 1 of 2
Date Rcvd: Jun 25, 2025 | Form ID: 3180W | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | David Lee Potts, Gloria Denise Potts, 3607 West Quantico Place, Broken Arrow, OK 74011-3811 |
| cr | + | Executive Homes, LLC, P.O. Box 1013, Owasso, OK 74055-1013 |
| 2936078 | + | Academy Kids, LLC, 3306 South Mingo Road, Tulsa, OK 74146-1331 |
| 2936082 | + | Executive Homes, LLC, J. Patrick Mensching, 2 West 2nd Street, Suite 700, Tulsa, OK 74103-3117 |
| 2936084 | + | Mother Natures Inc., Po Box 471440, Tulsa, OK 74147-1440 |
| 2936085 | + | Ruby McFadden, 3219 E 30th PL, Apt. 105, Tulsa, OK 74114-5824 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jun 25 2025 23:21:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jun 25 2025 23:21:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jun 25 2025 23:21:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| 2936236 | ^ | MEBN | Jun 25 2025 23:16:11 | COMMERCE BANK, PO BOX 419248, KCREC-10, KANSAS CITY, MO 64141-6248 |
| 2936079 | + | EDI: CAPITALONE.COM | Jun 26 2025 03:21:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2940657 | | EDI: CITICORP | Jun 26 2025 03:21:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 2936080 | ^ | MEBN | Jun 25 2025 23:16:10 | Commerce Bank, 2054 Utica Square, Tulsa, OK 74114-1635 |
| 2936083 | | EDI: CITICORP | Jun 26 2025 03:21:00 | Macy's/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 2938814 | + | EDI: DISCOVER | Jun 26 2025 03:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 2936081 | + | EDI: DISCOVER | Jun 26 2025 03:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 2941438 | | EDI: JEFFERSONCAP.COM | Jun 26 2025 03:21:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 2940130 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 23:30:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 2936086 | + | EDI: SYNC | Jun 26 2025 03:21:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 2936087 | + | EDI: SYNC | Jun 26 2025 03:21:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 2936567 | | Email/Text: bankruptcy@tulsacounty.org | Jun 25 2025 23:21:00 | Tulsa County Treasurer, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Patrick Mensching | on behalf of Creditor Executive Homes LLC pmensching@dsda.com, cpalmer@dsda.com |
| Lonnie D. Eck | peck@eckchapter13.com ecf@eckchapter13.com |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Ron D. Brown | on behalf of Joint Debtor Gloria Denise Potts ron@ronbrownlaw.com ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net |
| Ron D. Brown | on behalf of Debtor David Lee Potts ron@ronbrownlaw.com ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Lee Potts<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5260 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Gloria Denise Potts<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5016 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Oklahoma | | |
| Case number: | 22–11185–T | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Lee Potts
aka David L. Potts, aka David Leo Potts

Gloria Denise Potts
aka Gloria McFadden Potts

6/25/25

**By the court:** Paul R. Thomas
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**